USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/20/2019__

**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100　　　　　　　　　　　　233 Broadway, Suite 2370
River Edge, NJ 07661　　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

December 18, 2019

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

**MEMO ENDORSED**

　　　　Re:　　United States v. Lorenzo Babrow
　　　　　　　　18 Cr. 263 (ER)

Dear Judge Ramos:

　　　　Louis Freeman and I are counsel for Lorenzo Babrow. After consulting with the Government, we respectfully request permission to remove three documents from the publicly filed record: ECF # 42-1: Photograph book; ECF # 42-2: Photo Array; and ECF # 42-3: Photo Array. Rather than have those documents filed publicly, they should be filed under seal but remain part of the record on this case. The Government has persuaded us that it is necessary to do this for privacy-related reasons and because there are active investigations involving the photograph book.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Donald J. Yannella, Esq.

---

The Clerk of the Court is respectfully directed to remove the following documents: Docs. 42-1; 42-2; and 42-3.

SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J
　　　　　　　　　　　　　　　　　　Dated: __12/20/2019__
　　　　　　　　　　　　　　　　　　New York, New York