

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_\_1/30/2020\_\_\_

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2020

**BY ECF & ELECTRONIC MAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The government's response to Defendant's pretrial motions is now due March 4, 2020.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_\_1/30/2020\_\_\_
> New York, New York

    **Re:** *United States v. Lorenzo Babrow*, 18 Cr. 263 (ER)

Dear Judge Ramos:

    The Government writes respectfully to request that the Government's deadline to respond to the defendant's pending pretrial motions, currently February 3, 2020, be adjourned for 30 days. The parties are awaiting cell-site data results from Sprint, which should arrive within the few weeks, and are continuing to discuss a potential pretrial disposition that could obviate the need for briefing. I have conferred with counsel for Mr. Babrow, who have indicated that they consent to the requested adjournment.

                              Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

                      By: _____
                              Jessica Feinstein
                              Assistant United States Attorney
                              Southern District of New York
                              (212) 637-1946

cc:    Donald Yannella, Esq. (by electronic mail)
        Lou Freeman, Esq. (by electronic mail)