**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel:  (212) 226-2883
Fax:  (646) 430-8379
Email:  nynjcrimlawyer@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 17, 2020

70 Grand Avenue, Suite 100
River Edge, NJ  07661

233 Broadway, Suite 2370
New York, NY  10279
(Preferred mailing address)

**MEMO ENDORSED**

April 15, 2020

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY  10007

> Sentencing is adjourned to September 10, 2020, at 11:00 AM. The proposed PSR disclosure deadlines are approved.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   4/17/2020
> New York, New York

Re:    United States v. Lorenzo Babrow
       18 Cr. 263 (ER)

Dear Judge Ramos:

Louis Freeman and I are counsel for Lorenzo Babrow, who is detained at the Metropolitan Correction Center.

We respectfully request that Mr. Babrow's sentencing hearing, currently scheduled for June 5, 2020, be adjourned for approximately ninety days, to the week of September 8 through September 11, 2020.  In keeping with that schedule, we request that the first PSR disclosure be due on July 27, 2020, and the final disclosure be due on August 21, 2020.

Legal visiting is suspended at the MCC due to the COVID-19 pandemic.  With Mr. Babrow's consent, I declined to conduct the Presentence interview remotely.  Due to the seriousness of the charges and certain mitigating factors, the defense prefers to have an in-person interview.

Assistant United States Attorneys Jessica Feinstein, Margaret Graham, and Chris DiMase inform us that the Government consents to this request.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc.  US Probation Officer Meghan Biggs