**MEMO ENDORSED**

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: **nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ 07661** | **233 Broadway, Suite 2370**<br>**New York, NY 10279**<br>(Preferred mailing address) |

November 2, 2020

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

> The sentencing is adjourned to February 25, 2021, at 10:30 a.m. The revised PSR disclosure schedule is approved.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __11/5/2020__
> New York, New York

    Re:    United States v. Lorenzo Babrow
              18 Cr. 263 (ER)

Dear Judge Ramos:

      Louis Freeman and I are counsel for Lorenzo Babrow, who is detained at the Westchester County Jail. We respectfully request that Mr. Babrow's sentencing hearing, currently scheduled for December 14, 2020, be adjourned for approximately ninety days. If that application is granted, we request that the first PSR disclosure be due on January 27, 2021, and the final disclosure be due on February 22, 2021.

      Your Honor granted two prior requests for an adjournment, and the original sentence date was June 5, 2020.

      Mr. Babrow is currently detained at the Westchester County Jail. With Mr. Babrow's consent, I declined to conduct the Presentence interview remotely. Due to the seriousness of the charges, the defense prefers to have an in-person interview.

      Assistant United States Attorneys Jessica Feinstein, Margaret Graham, and Chris DiMase inform us that the Government consents to this request.

                                              Sincerely,

                                              /s/

                                              Donald J. Yannella, Esq.