USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_3/9/2021\_\_

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  **233 Broadway, Suite 2370**
**River Edge, NJ  07661**  **New York, NY  10279**
(Preferred mailing address)

March 9, 2021

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY  10007

**MEMO ENDORSED**

Re: United States v. Lorenzo Babrow
18 Cr. 263 (ER)

Dear Judge Ramos:

Louis Freeman and I are counsel for Lorenzo Babrow, who is detained at the Westchester County Jail. We respectfully request that Mr. Babrow's sentencing hearing, currently scheduled for March 18, 2021, be adjourned for at least sixty days.

Your Honor granted four prior requests for an adjournment, and the original sentence date was June 5, 2020. The potential sentencing penalties are severe, and Mr. Babrow wants to appear in person. He also wants his family to attend the sentencing in person.

Assistant United States Attorney Jessica Feinstein informs us that the Government consents to this request.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Sentencing is adjourned to May 27, 2021, at 10:00 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: \_\_3/9/2021\_\_
New York, New York