Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  **233 Broadway, Suite 2370**
**River Edge, NJ 07661**  **New York, NY 10279**
(Preferred mailing address)

**MEMO ENDORSED**

June 15, 2021

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

> Sentencing is adjourned to July 13, 2021, at 11am.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/15/2021
> New York, New York

Re:   United States v. Lorenzo Babrow
       18 Cr. 263 (ER)

Dear Judge Ramos:

    Louis Freeman and I are counsel for Lorenzo Babrow, who is detained at the Westchester County Jail. We respectfully request that Mr. Babrow's sentencing hearing, currently scheduled for June 21, 2021, be adjourned to a date the week of July 12 to July 16, 2021.

    The defense sentencing memorandum was filed yesterday. (ECF No. 91), and the Government is asking for one week to respond. I am unavailable in late June because I am scheduled to select a jury in the United States District Court, Southern District of New York, on June 24, 2021.

    Assistant United States Attorney Jessica Feinstein informs us that the Government consents to this request.

                                         Sincerely,

                                         /s/

                                       Donald J. Yannella, Esq.